LAZARUS HALLGARTEN and others, Respondents, v. WILLIAM ECKERT and others, Appellants.

Upon the trial of this action, brought upon a promissory note, the court directed a verdict for the plaintiff. Upon an appeal to the General Term, the judgment was reversed, on the ground that an exception contained in the case was well taken. Subsequently, a reargument was ordered to allow the respondent to apply to the judge before whom the action was tried, for a resettlement of the case. This was done, and the exception stricken out. * Upon this reargument, the General Term reversed the judgment, on the ground that the evidence in the case was such as to require its submission to the jury, and that the court erred in directing a verdict.

*Abel Crook*, for the appellants.

*John K. Porter* and *Lewis Sanders*, for the respondents.

Opinion by Davis, P. J.

Daniels, J., concurred.

Barrett, J., dissented.

Judgment reversed, and new trial ordered, costs to abide the event.